**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE P. GUIDO,  ) | No.  EDCV 12-0802-CW |
|            Plaintiff,  ) | JUDGMENT |
|       v.  ) | |
| CAROLYN W. COLVIN, Acting  )<br>Commissioner, Social Security  )<br>Adminstration,  ) | |
|            Defendant.  ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: August 28, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge